442 A.2d 344

Commonwealth v. Hartung, Appellant.

Petition for Allowance of Appeal Denied May 26, 1982.

Submitted September 9, 1981.   James P. McHugh, for appellant; Edward Weiss, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

442 A.2d 344

Commonwealth v. Hughson, Appellant.

Submitted May 6, 1981.   Stuart Wilder, Assistant Public Defender, for appellant; Anthony J. Mazullo, Jr., did not submit a brief on behalf of Mental Health Board, participating party.

Before SPAETH, CAVANAUGH and LIPEZ, JJ.

Order of commitment affirmed.